# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GARY CHRISTOPHER JOHNSON,<br><br>*Defendant.* | CIVIL NO. 3:08–cr–00010<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

In accordance with the accompanying memorandum opinion, Defendant's petition for habeas corpus (dkts. 81, 94) is **GRANTED** and the Government's motion to dismiss the petition (dkt. 98) is **DENIED**. This matter must be set for resentencing. The parties are **ORDERED** to contact the Clerk of the Court, Charlottesville Division, within seven (7) days of this Order to schedule a resentencing date.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to the U.S. Probation Office, Charlottesville Division.

Entered this 28th day of June, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1